UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELL REED, Special Administrator of the Estate of TERRI REED, Deceased | ) ) ) | |
| | ) | No. 08 C 4599 |
| Plaintiff, | ) ) | |
| | ) | Judge Der-Yeghiayan |
| v. | ) ) | |
| | ) | Formerly Case No. 08 L 6370, |
| THE UNITED STATES, et al., | ) ) | Circuit Court of Cook County, Illinois |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS**

Now comes the plaintiff, MICHELL REED, Special Administrator of the Estate of TERRI REED, deceased, and pursuant to applicable Federal Rule, moves this Honorable Court to voluntarily dismiss this matter against all party defendants, without prejudice and without the assessment of costs for failure to exhaust administrative remedies under the Federal Tort Claims Act.

_____
**s/ Michael P. Cogan**
Michael P. Cogan Bar Number: 6180126
Attorney for Plaintiff
Cogan & McNabola, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, IL  60601
Telephone: (312) 629-2900
Fax:         (312) 629-2916
E-mail:     Mcogan@cogan-mcnabola.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

s/ Michael P. Cogan

Patrick W. Johnson, Esq.
Assistant United States Attorney
219 South Dearborn Street
5th Floor
Chicago, IL. 60604
**Represents: Defendants, United States of America and David Claud, M.D.**

D. Scott Rendleman
Pretzel & Stouffer, Chartered
One South Wacker Drive, Suite 2500
Chicago, IL. 60606-4673
**Represents: Defendant, Physicians & Surgeons for Women, Inc.**

Sherri M. Arrigo, Esq.
Tanya E. Poth, Esq.
Donohue, Brown, Mathewson & Smyth, LLC.
140 South Dearborn Street
Suite 800
Chicago, IL. 60603
**Represents: Defendants, Ingalls Memorial Hospital and Medcentrix, Inc., f/k/a Health Directions, Inc.**