## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4599 | **DATE** | 9/15/2008 |
| **CASE TITLE** | Reed vs. David Allen Claud , et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to voluntarily dismiss the instant action [5] is granted. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|